IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALLACE A. GARDNER
ADC #110784                                                                                            PLAINTIFF

V.                              CASE NO. 5:14-CV-382 DPM/BD

CINDY NEAL-HUBBARD, et al.                                                               DEFENDANTS

## ORDER

    For screening purposes, Mr. Gardner has stated an eighth amendment claim against the named Defendants. Accordingly, service of process is now appropriate.

    The Clerk of Court is directed to prepare summonses for each of the named Defendants. The United States Marshal is directed to serve copies of the Complaint, with any attachments (docket entry #2), and a summons for each Defendant without requiring prepayment of fees and costs or security. Service for the Defendants should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

    IT IS SO ORDERED this 21st day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE