IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALLACE A. GARDNER                                            PLAINTIFF
ADC #110784

v.                       No. 5:14-cv-382-DPM-BD

CINDY NEAL-HUBBARD, Nurse, Tucker Max;
WILLIAM STRAUGHN, Warden, Tucker Max;
MAURICE WILLIAMS, Major, Tucker Max;
SONYA DAVIS-PEPPERS, Doctor, Tucker Max;
STEVE OUTLAW, Assistant Warden, Tucker Max;
KAYLA EMSWELLER, Store Keeper, Tucker Max;
BELINDA KAY JACKSON, Nurse, Tucker Max;
YALONDA BOSTON, Nurse, Tucker Max;
PATRICE HUNTER, Nurse, Tucker Max;
JAMES HAMILTON, Nurse, Tucker Max;
ANGELA TYLER, Escort Officer, Tucker Max;
and LAKENYA A. JACKSON, Corporal,
Tucker Max                                                    DEFENDANTS

ORDER

Motion to dismiss, № 41, granted. Wallace's claims against Straughn, Williams, Outlaw, Emsweller, Tyler, and Jackson are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 January 2015