IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALLACE A. GARDNER                                                               PLAINTIFF
ADC #110784

v.                              No. 5:14-cv-382-DPM-BD

CINDY NEAL-HUBBARD, Nurse, Tucker Max;
SONYA DAVIS-PEPPERS, Doctor, Tucker Max;
BELINDA KAY JACKSON, Nurse, Tucker Max;
YALONDA BOSTON, Nurse, Tucker Max;
PATRICE HUNTER, Nurse, Tucker Max; and
JAMES HAMILTON, Nurse, Tucker Max                                       DEFENDANTS

ORDER

On *de novo* review, the Court adopts the partial recommendation, № 63, and overrules Gardner's objection, № 63. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Motion for preliminary injunction, № 40, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_1 April 2015_