IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALLACE A GARDNER,
ADC #110784                                                                                    PLAINTIFF

V.                         CASE NO. 5:14CV00382 DPM/BD

CINDY NEAL-HUBBARD, et al.                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

DATED this 2nd day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE